**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

| | |
|---|---|
| EDWARD PHILLIPS, JR., | : No. 7 WM 2023 |
| Petitioner | : |
| v. | : |
| COMMONWEALTH OF PENNSYLVANIA, JUDGE JILL E. RANGOS, | : |
| Respondent | : |

**<u>ORDER</u>**

**PER CURIAM**

    **AND NOW**, this 28th day of April, 2023, the Petition for Writ of Mandamus and the Application for Relief are DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.